EUGENE G. PETERSON v. CITY OF MINNEAPOLIS AND ANOTHER.[1]

November 10, 1927.

No. 26,383.

**Injunction denied.**

An injunction should not be granted to owner of real estate where statute gives him right of appeal from confirmation by city council of award of commissioners in condemnation proceeding. [Reporter.]

Eminent Domain, 20 C. J. p. 1169 n. 70.

Plaintiff appealed from an order of the district court for Hennepin county, Nye, J., denying his motion for a temporary injunction. Affirmed.

*H. V. Mercer and Company,* for appellant.

*Neil M. Cronin,* City Attorney, and *Thos. B. Kilbride,* Assistant City Attorney, for respondent city.

PER CURIAM.

The plaintiff appeals from an order denying his motion for a temporary injunction restraining the defendant city from completing condemnation proceedings instituted pursuant to L. 1925, p. 676, c. 417, to acquire certain lands belonging to the plaintiff for the purpose of widening a city street.

The statute gives a right of appeal to the district court from the order of confirmation of the city council. We are unable to see that the plaintiff may not get appropriate relief upon appeal. If so an injunction should not be granted. Plaintiff's brief states that an appeal has been taken.

Order affirmed.

[1]Reported in 216 N. W. 228.